UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

OMERROR DAWSON, et al.,

                     Plaintiffs,                      ORDER

          -against-                      22-CV-03175 (PMH)

DAVID A. HARRIS, et al.,

                    Defendants.

----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
       December 15, 2022

                                       _____
                                       Philip M. Halpern
                                       United States District Judge